UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS C. BLESER,
           Plaintiff,

v.                            Civil Action No. 04-12327-DPW

PRESIDENT-ELECT KERRY,
VICE PRESIDENT-ELECT EDWARDS
           Defendant.

**ORDER ON APPLICATION TO**
**PROCEED WITHOUT PREPAYMENT OF FEES**

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

**G**    GRANTED.

☒    DENIED without prejudice for the following reason(s):

    The defendant has made an insufficient showing that he is without assets to pay the $150 filing fee.

SO ORDERED.

November 2, 2004                          /s/ Nathaniel M. Gorton
DATE                                       UNITED STATES DISTRICT JUDGE