UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS C. BLESER,
      Plaintiff,

    v.                Civil Action No.04-12327-NMG

PRESIDENT-ELECT KERRY,
VICE PRESIDENT-ELECT EDWARDS
      Defendants.

## ORDER OF DISMISSAL

GORTON, District Judge

    On November 2, 2004 this Court denied the "Third Party Individual Requesting the Restraining Order" (#2) and denied the Plaintiff's Application to Proceed Without Prepayment of Fees. There being no further issues pending in this case at this time, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED without prejudice in its entirety.

                                      BY THE COURT,

                                      /s/ Rebecca Greenberg

                                      Deputy Clerk

Dated: November 3, 2004